John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 836192

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 07-60635 | 999-0 | STEPHEN PAUL FAIL<br>Original Check written to:<br>STEPHEN PAUL FAIL<br>505 NORTH FERRY STREET<br>GLADEWATER, TX 75647 | | 0.00 | 650.00 | 0.00 | 650.00 |
| 08-20215 | 027-0 | RHONDA TURNER HINDSMAN<br>Original Check written to:<br>CASS COUNTY<br>C/O TAB BEALL<br>P O BOX 2007<br>TYLER, TX 75710-2007 | xxxxxxxxx8591 | 0.00 | 200.67 | 0.00 | 200.67 |
| 08-20215 | 030-0 | RHONDA TURNER HINDSMAN<br>Original Check written to:<br>CASS CAD<br>TAX COLLECTOR<br>2323 BRYAN STREET#1600<br>DALLAS, TX 75201-2644 | xxxxxxxxxxxxxxxxxxxxx010) | 0.00 | 377.63 | 0.00 | 377.63 |
| 09-61231 | 033-0 | MARGARET ANN EVAIGE<br>Original Check written to:<br>LONGVIEW HABITAT FOR HUMANITY<br>P.O. BOX 2551<br>LONGVIEW, TX 75606- | 104 | 518.13 | 7.59 | 0.00 | 7.59 |